# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RANDALL A. CASTELLANI AND JOSEPH J. CORCORAN,

      Petitioners

      v.

THE SCRANTON TIMES, L.P. T/D/B/A/ THE SCRANTON TIMES AND THE TRIBUNE AND JENNIFER HENN,

      Respondents

: No. 477 MAL 2014
:
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
: **Order** of the Superior Court at No. 1145
: MDA 2012 exited June 10, 2014,
: **affirming, reversing and remanding**
: the Order of the Lackawanna County
: Court of Common Pleas at No. 2005-
: CV-69 exited March 23, 2012
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's decision is **VACATED**, and the matter is **REMANDED** to the Superior Court for further proceedings consistent with our decision in <u>Castellani v. Scranton Times, L.P.</u>, 124 A.3d 1229, 1231 (Pa. 2015).

    Justice Eakin did not participate in the consideration or decision of this matter.

    Chief Justice Saylor filed a concurring statement.